IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIGUEL A. MENDEZ,

    Defendant.

**4:18CR3118**

**ORDER**

IT IS ORDERED:

1) The Plaintiff's unopposed motion for a protective order is granted.

2) Defense counsel may review the discovery materials with the Defendant, but the Defendant may not retain a copy of the discovery materials. Defense counsel may allow their regular staff, as well as interpreters, to retain a copy of the discovery materials. Defense counsel shall not disseminate a copy of the discovery materials to anyone else without first obtaining this Court's approval.

Dated this 27th day of September, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge