IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:18CR3118 |
| v. | ) | |
| MIGUEL A. MENDEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Petition for Action on Conditions of Pretrial Release (Filing no. 60) is dismissed and the warrant (Filing no. 61) is withdrawn.

DATED this 4th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge